IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,           *
  Plaintiff,                        *
                                  *
        VS.                         *   CRIMINAL NO. 98-176(JAF)
                                  *
ORLANDO MALDONADO ORENGO                      *
  Probationer.                      *
* * * * * * * * * * * * * * * * *   *

MOTION PURSUANT TO 18 USC §3564
REQUESTING EARLY TERMINATION OF PROBATION

TO THE HONORABLE
JOSE A. FUSTE
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

     COMES NOW, Mr. Orlando Maldonado Orengo, the probationer
herein, pro se, and before this Honorable Court respectfully states
and prays:

     1. On October 6, 1999, Mr. Maldonado Orengo was sentenced and
placed on probation for a period of five (5) years.

     2. Mr. Maldonado Orengo has already served four (4) years of
the term of probation originally imposed.

     3. Pursuant to 18 USC §3564(c) it is respectfully requested
that this Honorable Court terminate the period of probation
previously ordered and discharge the probationer from further
supervision.

     4. The instant request is warranted by the conduct of
Mr. Maldonado Orengo and is in the interest of justice. This
request for early termination of probation is based upon the
following grounds:

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 25, 2006, I electronically filed the foregoing with the Clerk of the Court and requested that notification of such filing be made to the following: U.S. Attorney Rosa E. Rodriguez Velez and Probation Officer Jose Soto.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of August, 2006.

**Orlando Maldonado Orengo, pro se**
P. O. Box 8233
Ponce, PR 00732
787-221-4626