**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**THE UNITED STATES OF AMERICA**

      vs.                      Case No. 3:98CR00176-004 (JAF)

**ORLANDO MALDONADO-ORENGO**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION IN RESPONSE TO COURT ORDER ISSUED**
**ON SEPTEMBER 11, 2006**

**TO THE HONORABLE JOSE A. FUSTE, CHIEF**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

      **COMES NOW, JOSE A. SOTO, SUPERVISING U.S. PROBATION OFFICER** of this Honorable Court, and respectfully submits as follows:

      1. Pursuant to Court Order dated September 11, 2006, a supervision status report and early termination stance is hereby presented.

      2. Mr. Orlando Maldonado-Orengo was sentenced on October 6, 1999, to serve a sixty (60) month imprisonment term after having pled guilty to violating Title 21 U.S. Code, Section 846. A five (5) year supervised release term to be served upon release from federal custody was also imposed. The releasee was ordered to pay a special monetary assessment in the amount of $100.00, submit to mandatory drug testing and comply with all other standard and special conditions imposed.

      3. Mr. Maldonado-Orengo was released from the Metropolitan Detention Center in Guaynabo, P.R. on May 24, 2002, to begin the imposed five (5) year supervised release term.

      4. Mr. Maldonado-Orengo has not been suspected of drug use.

      5. Mr. Maldonado-Orengo's case supervision was re-classified to the Administrative Supervision Caseload on January 20, 2004, based on his favorable adjustment to supervision.

6. During the course of his federal supervision, on or about October 10, 2004, information was received that Mr. Maldonado-Orengo was involved in illegal activities. However, law enforcement contacts could not sustain the allegations.

7. Police checks conducted on a semi-annual basis reflect no new criminal behavior.

8. On August 31, 2005, Mr. Madonado-Orengo complied with DNA collection.

9. On September 15, 2006, Mr. Maldonado-Orengo's request was discussed with the government, represented by Antonio R. Bazán, Esq. He voiced objections to Mr. Maldonado-Orengo's request as a means of deterrence.

**WHEREFORE,** after having considered all presented facts in this case, it is this officer's recommendation that the releasee's petition for early termination be granted given his favorable adjustment.

In San Juan, Puerto Rico, this 15th day of September 2006.

Respectfully submitted,

s/José A. Soto
Supervising U.S. Probation Officer
150 Ave. Carlos Chardón, Room 400
San Juan, P.R. 00918-1741
(787) 766-5818
Fax: (787) 766-5945
jose_soto@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I HEREBY** certify that on **September 15th , 2006,** I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  U.S. Attorney Rosa E. Rodríguez-Vélez, Esq., and Joseph C. Laws, Federal Public Defender.

**At San Juan, Puerto Rico, September 15th , 2006.**